```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| MARTA DIAZ FONSECA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | Civil No. 02-2339 (JAF) |

## O R D E R

Further to our Order of October 13, 2005, contained in a Minute of Proceedings, Docket Document No. 158, the court orders as follows:

1. The content of Docket Document No. 166 is **NOTED.**

2. The content of Docket Document No. 167 is **NOTED.** The request for sanctions is **DENIED.**

3. The content of Docket Document No. 168 is **NOTED.** The request for sanctions is **DENIED.**

4. The proposals submitted by Plaintiffs, contained in Docket Document No. 163, are **APPROVED.** The parties will proceed with their implementation **FORTHWITH.** Counsel will meet and jointly file a statement of implementation **on or before December 14, 2005.** Defendants are expected to fully comply with the approved proposals and payments as previously contemplated in this court's disposition and order, Docket Document No. 158.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of December, 2005.

                                    S/José Antonio Fusté
                                    JOSE ANTONIO FUSTE
                                Chief U. S. District Judge