UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARTA DIAZ FONSECA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | Civil No. 02-2339 (JAF) |

**O R D E R**

The court enters this post-judgment Order for the payment of attorney's fees in the amount of $43,542.25, as determined last December 18, 2006, Docket Document No. 211. The court also authorizes the execution of the attorney-fee award as allowed by the Rules of Civil Procedure. Counsel will submit the forms of writ and designation of property for execution purposes directly to the Clerk's Office, ordering the "Banco Gubernamental de Fomento" and/or the "Departamento de Hacienda" to pay the attorney's fees award chargeable to Department of Education funds.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 29th day of February, 2008.

                    S/José Antonio Fusté
                    JOSE ANTONIO FUSTE
                    Chief U. S. District Judge